IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LESTER ROBINSON,**

    Plaintiff,

v.                                                                                            Civil Action No. **3:19CV69**

**SGT. DICKERSON,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 29, 2019, the Court informed Plaintiff that he must notify the Court within eleven (11) days of the date of entry thereof if he wished to continue to litigate this action. The Court warned Plaintiff that, if he failed to respond to the August 29, 2019 Memorandum Order, the Court would dismiss the action. *See* Fed. R. Civ. P. 41(b). More than eleven (11) days have elapsed since the entry of the August 29, 2019 Memorandum Order and Plaintiff has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 27 September 2019
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge